SHELTON v. FAIRLEY

No. 389P87.

Case below: 86 N.C. App. 147.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

SOUTHERN AUTO AUCTION v. DOT

No. 415P87.

Case below: 86 N.C. App. 232.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1987.

STATE v. BARROW

No. 331P87.

Case below: 86 N.C. App. 112.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. BROWN

No. 376P87.

Case below: 86 N.C. App. 232.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. CLAY

No. 308P87.

Case below: 85 N.C. App. 477.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.